E-FILED
Monday, 30 January, 2006  11:19:09 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JOSHUA ALLEN MCGUIRE,
KRISTIN ANN KUEHL, and
TIMOTHY LEE LORINCZ

**CRIMINAL COMPLAINT**

FILED
JAN 2 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 06-6403-M

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

## CONSPIRACY TO MANUFACTURE METHAMPHETAMINE

From at least January 2002, through at least June, 2004, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**JOSHUA ALLEN MCGUIRE**
**KRISTIN ANN KUEHL, and**
**TIMOTHY LEE LORINCZ,**

did conspire with each other and with other persons to knowingly and intentionally manufacture, distribute, and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:   ☒ Yes ☐ No

S/Russell Coulter
Signature of Complainant
Russell Coulter, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

| January 27, 2006 | at | Rock Island, Illinois |
|---|---|---|
| Date | | City and State |

| Thomas J. Shields<br>United States Magistrate Judge | | S/Thomas J. Shields |
|---|---|---|
| Name & Title of Judicial Officer | | Signature of Judicial Officer |

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Russell A. Coulter, first being duly sworn upon oath, deposes and states as follows :

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been so employed since January 1997. I am aware of the information set forth below in this affidavit through personal investigation, discussions with other law enforcement officers, and a review of the reports of other officers.

2. Confidential Source Number One, hereinafter referred to as "CS1," has provided information that has been investigated and determined to be reliable. CS1 stated that from approximately January 2002, through July 2002, CS1 used methamphetamine with Timothy Lorincz one to two times each month at parties where Lorincz would show up to sell five to ten grams of methamphetamine each time. CS1 further stated that around July 2003, CS1, Lorincz, and two other individuals began using methamphetamine together on a daily basis. During this same time period, CS1 observed methamphetamine pre-cursors stored at Lorincz's apartment located behind the Jewel store, East Moline, Illinois.

3. CS1 stated that approximately two weeks after CS1 began using methamphetamine with Lorincz and others on a daily basis, CS1 began to assist Lorincz in the manufacturing of methamphetamine by buying and shoplifting pseudoephedrine pills at difference stores in Illinois and Iowa. CS1 reported that several individuals, including Kristen A. Kuehl, purchased pseudoephedrine pills for Lorincz once every two weeks, for one or two full days. CS1 stated that the "group" would split up into cars with two people in each car, some going to Iowa and some to Illinois. CS1 advised that the

goal was to purchase approximately forty boxes of pseudoephedrine each day that they "shopped." CS1 stated that the pills were always given to Lorincz or another individual who emptied all the pills into a large bag. Once all the items were collected, CS1 advised that Lorincz would take the supplies and leave for a few days. According to CS1, when Lorincz returned, he would have a one-gallon sized clear bag that would be approximately two-thirds full of methamphetamine.

4. CS1 stated that several individuals in the "group" participated in selling the methamphetamine for Lorincz. CS1 sold approximately $200 of methamphetamine each weekend and also directed potential buyers to Lorincz. CS1 reported that Lorincz would provide free methamphetamine as payment to CS1 and other individuals for selling the methamphetamine for him.

5. Confidential Source Number Two, hereinafter referred to as "CS2", has provided information in the past that has been investigated and determined to be accurate and reliable. CS2 reported that CS2 met Joshua McGuire in April 2001. In or about November 2002, CS2 observed McGuire manufacture methamphetamine at CD1's garage with CD1 and another individual. While in CD1's garage, CS1 observed mountain dew bottles with two hoses coming out of the top, a large amount of smoke in the air, a propane tank on the floor, CD1 peeling batteries, and McGuire and the other individual crushing pseudoephedrine pills. During this same time period, CS2 advised that McGuire was stealing pseudoephedrine pills, batteries, and anhydrous ammonia for CD1 and CD2. At one point, CS2 saw McGuire with 15 boxes of 24-count pseudoephedrine.

6. CS2 stated that around Christmas, 2002, CD1 taught McGuire how to

manufacture methamphetamine. In January 2003, CD1 and McGuire would steal anhydrous ammonia from the F/S plant in Buffalo Prairie, Illinois once a week. Beginning in May 2003, CS2 observed McGuire manufacture methamphetamine by himself at CD1's garage. According to CS2, McGuire manufactured methamphetamine at CD1's garage several times.

7.    CS2 further stated that in July 2003, McGuire started manufacturing methamphetamine with CD4. CS2 stated that, based upon personal observation and participation, from July 2003 through October 2003, McGuire manufactured methamphetamine at least three times per week, and always had a large amount of methamphetamine on the weekends. According to CS2, McGuire used 500-700 pseudoephedrine pills when manufacturing methamphetamine. McGuire would produce ¼ ounce (7 grams) of methamphetamine each time he cooked.

8.    CS2 advised that McGuire had a girlfriend by the name of Kristen Kuehl who stole anhydrous ammonia for McGuire from a location in Buffalo Prairie, Illinois. CS2 stated that Kuehl also manufactured methamphetamine under the supervision of McGuire. CS2 reported that McGuire performed the anhydrous ammonia stage of the methamphetamine manufacturing process at Kuehl's parents residence in Geneseo, Illinois, but also performed other stages of the methamphetamine manufacturing process at residences in Cleveland, Illinois and Coal Valley, Illinois. CS2 advised that McGuire manufactured methamphetamine at his residence in Moline, Illinois, where he had kept pre-cursors locked in the basement bathroom. CS2 reported that McGuire stored the finished methamphetamine product in a safe in his basement and sold the methamphetamine from his mother's house located in Moline, Illinois.

9. CS2 stated that in November 2003, CS2 drove McGuire to Timothy Lorincz's residence on three to four occasions. On each occasion, McGuire brought pseudoephedrine pills to Lorincz's residence. On two of these occasions, CS2 observed a methamphetamine laboratory inside Lorincz's residence. CS2 further stated that on several occasions, CS2 drove McGuire around while he obtained the necessary ingredients to manufacture methamphetamine.

10. Cooperating Defendant Number One, hereinafter referred to as "CD1", has pled guilty to federal drug charges pursuant to a cooperation plea agreement with the government. CD1 has provided information in the past that has been investigated and determined to be accurate and reliable. CD1 stated that CD1 first began selling methamphetamine to McGuire in or about 2002. CD1 reported that CD1's relationship grew with McGuire and CD1 eventually taught McGuire how to manufacture methamphetamine. CD1 stated that for approximately three months after teaching McGuire to manufacture methamphetamine, the "group" was manufacturing three times per week, producing five or more grams of methamphetamine during each cook.

11. CD1 reported that CD1 would provide money to McGuire, and several other individuals, in order to purchase the pseudoephedrine pills needed to manufacture the methamphetamine. CD1 further reported that on two occasions, CD1, CS2, and McGuire stole anhydrous ammonia from a location in Buffalo Prairie, Illinois. CD1 stated that eventually, McGuire split from the "group" and began manufacturing methamphetamine himself.

12. Cooperating Defendant Number Two, hereinafter referred to as "CD2", has pled guilty to federal drug charges pursuant to a cooperation plea agreement with the

Government. CD2 has provided information in the past that has been investigated and determined to be accurate and reliable. CD2 reported that from October 2002, through January 2003, CD2 was aware that McGuire and CD1 were manufacturing methamphetamine approximately two times each week.

13.   CD2 further reported that in mid-2003, CD2 and CD1 manufactured methamphetamine five to six times per week, producing approximately three grams each time. CD2 advised that McGuire, and several other individuals, where providing the pseudoephedrine pills and lithium batteries to CD1 and CD2 for the purpose of manufacturing the methamphetamine. CD2 also reported that McGuire split from CD1 and CD2 because McGuire wanted to manufacture larger amounts of methamphetamine.

14.   Cooperating Defendant Number Three, hereinafter referred to as "CD3", has pled guilty to federal drug charges pursuant to a cooperation plea agreement with the government. CD3 has provided information in the past that has been investigated and determined to be accurate and reliable. CD3 reported that in approximately January 2004, CD3 was introduced to Timothy Lorincz. According to CD3, Lorincz asked CD3 to use CD3's residence for the purpose of manufacturing methamphetamine. CD3 further advised that Lorincz promised to provide CD3 with two to three grams of methamphetamine for each time Lorincz manufactured at CD3's residence. CD3 reported that Lorincz would come to CD3's residence once a week and go to the second floor of the residence to manufacture the methamphetamine. CD3 added that Joshua Reynolds would also arrive on occasion with Lorincz and assist in the manufacturing of the methamphetamine. CD3 reported that CD3 would be act as a "look out" for Lorincz

during the time he was manufacturing. CD3 estimated that Lorincz manufactured methamphetamine at the residence twenty times.

15.    CD3 reported that Kristen Kuehl would sometimes accompany Lorincz at the residence. According to CD3, Lorincz was teaching Kuehl how to manufacture methamphetamine. CD3 reported that CD3, Lorincz, and Kuehl manufactured methamphetamine once a week, yielding approximately one ounce of finished product each time until Lorincz was arrested in March 2004. CD3 stated that until Lorincz was arrested, Lorincz was the main methamphetamine supplier for this area, indicating that "everybody" got their methamphetamine from Lorincz.

16.    After Lorincz's arrest, CD3 advised that Kuehl began dating Joshua McGuire. CD3 reported that McGuire and Kuehl began coming to CD3's residence for the purpose of manufacturing methamphetamine. CD3 stated that Kuehl would provide CD3 with approximately three grams of methamphetamine each time she and McGuire "cooked". CD3 estimated that Kuehl and McGuire manufactured methamphetamine one time per week at CD3's residence. CD3 advised that McGuire and Kuehl provided their own ingredients for each "cook", and kept a tank of anhydrous ammonia in CD3's shed. In May 2004, CD3 reported that CD5 would also accompany CD4, Kuehl, and McGuire during the manufacturing of the methamphetamine.

17.    CD3 advised that all the individuals "cooking" at CD3's residence would manufacture approximately twenty to thirty grams of methamphetamine each time. CD3 estimated that Lorincz manufactured ten to fifteen times at the residence, Kuehl manufactured approximately ten to twenty-five times at the residence, and McGuire manufactured approximately ten to fifteen times at the residence.

18. Cooperating Defendant Number Four, hereinafter referred to as "CD4", has pled guilty to federal drug charges pursuant to a cooperation plea agreement with the Government. CD4 has provided information in the past that has been investigated and determined to be accurate and reliable. CD4 stated that in mid-2003, Joshua McGuire came to CD4's residence, and stated that he had just "cooked" methamphetamine, and wanted to "salt out" the final Coleman fuel mixture. Subsequent to this meeting, CD4 reported CD4 began purchasing ½ gram to 1/8 ounce quantities of methamphetamine from McGuire.

19. CD4 stated that in November 2003, McGuire asked CD4 to steal a twenty pound tank of anhydrous ammonia for him. CD4 reported that the day they went to steal the anhydrous ammonia, McGuire introduced CD4 to Timothy Lorincz. After stealing the anhydrous, CD4 stated that CD4 and McGuire took the tank to Lorincz's residence in East Moline, IL. CD4 stated that McGuire gave CD4 methamphetamine as payment for stealing the anhydrous ammonia.

20. CD4 reported that beginning in or about January 2004, CD4 and Lorincz manufactured methamphetamine on four different occasions obtaining approximately seventy to eighty grams of methamphetamine each time. CD4 further reported that in late January 2004, CD4 and Lorincz manufactured methamphetamine at CD3's residence weekly, obtaining approximately seventy to eighty grams of methamphetamine each time.

21. CD4 reported that in February 2004, McGuire also began manufacturing at CD3's residence with Lorincz. CD4 reported that Lorincz was the "general organizer" of the methamphetamine manufacturing at CD3's residence. CD4 reported that Kristen

Kuehl assisted McGuire in the manufacturing of the methamphetamine. CD4 stated that McGuire and Kuehl have been manufacturing methamphetamine for a long time and has witnessed several "cooks" between the both of them. CD4 added that Kuehl was always bragging about how she is a certified chemist and knows how to make her own anhydrous ammonia and pseudoephedrine. CD4 recalled one "cook" by McGuire and Kuehl, which occurred sometime between February 2004 and May 2004, during which they were using approximately 50 lithium batteries. Based on CD4's manufacturing experience, CD4 estimated that McGuire and Kuehl would have produced approximately 140 grams of methamphetamine during that "cook".

22. Cooperating Defendant Number Five, hereinafter referred to as "CD5", has pled guilty to federal drug charges pursuant to a cooperation plea agreement with the Government. CD5 has provided information in the past that has been investigated and determined to be accurate and reliable. CD5 reported that in April 2004, CD5 and CD4 would manufacture methamphetamine at CD3's residence once or twice a week. CD5 reported that McGuire and Kuehl also manufactured methamphetamine at CD3's residence. According to CD5, McGuire and Kuehl manufactured anywhere between two and four ounces of methamphetamine each time.

23. On May 24, 2004, Quad City Metropolitan Enforcement Group (QCMEG) agents were contacted by the Asset Protection Team, Target Store, Moline, Illinois, regarding an individual who was purchasing multiple boxes of pseudoephedrine. Agents were further informed that the subject was driving a brown and black truck with Illinois registration 31353E, which subsequently returned registered to Kristen Kuehl, 1413 16th Street, Moline, Illinois.

24. Later on May 24, 2004, the brown and black truck noted above was observed at a gas station in Moline, Illinois. A QCMEG agent approached the vehicle and observed two large jars lying on the front seat of the vehicle. Shortly thereafter, McGuire entered the vehicle and drove off. Agents then observed McGuire enter a drug store in Rock Island, Illinois and purchase two boxes of pseudoephedrine pills. McGuire then traveled to a grocery store in Rock Island, Illinois where he purchased two boxes of pseudoephedrine pills.

25. Subsequent to their observations, law enforcement personnel attempted to conduct a vehicle stop of McGuire. As a Rock Island Police Department Officer approached McGuire's vehicle, McGuire drove off in the vehicle. Agents observed McGuire throwing bags and objects from the vehicle until the time he eventually pulled over. Agents subsequently seized three plastic bags, each containing two boxes of pseudoephedrine pills from the area where McGuire was observed throwing objects from his vehicle. Also seized from McGuire's vehicle, was an additional plastic bag containing two boxes of pseudoephedrine pills.

26. On May 24, 2004, agents interviewed McGuire, after being advised of his *Miranda* warnings. McGuire admitted that he was purchasing pseudoephedrine pills for CD4. McGuire stated that CD4 provided him with $200.00 to purchase the pills, and that he was to meet CD4 at CD4's residence with the pills. According to McGuire, he was supposed to provide CD4 with 500 pseudoephedrine pills in exchange for one gram of methamphetamine. McGuire admitted he has purchased pills for CD4 and another individual on approximately twenty-five occasions.

27. McGuire admitted to law enforcement personnel that he has manufactured methamphetamine himself approximately fifteen to twenty-five times. McGuire stated that his involvement in the manufacturing of methamphetamine earned him free methamphetamine to smoke, and advised that he would also sell some of the methamphetamine for $100.00 per gram. McGuire then stated that he is not manufacturing methamphetamine himself at that time, but has other subjects, like CD4, do the "cooks" for him. McGuire stated that he would just supply the "pills" in order to avoid having to "cook".

28. At the time of the interview, McGuire stated that he was dating Kristen Kuehl. McGuire also stated that he met Lorincz while shopping for pseudoephedrine pills which Lorincz was going to use to manufacture methamphetamine.

29. On May 25, 2004, a State of Illinois search warrant was executed at a residence located at 1413 16th Street, Moline, Illinois. This location was known to law enforcement as the main residence of Joshua McGuire and Kristen Kuehl. Items seized at the residence included two boxes of Hy-Vee brand pseudoephedrine pills and receipt from Hy-Vee for the two boxes of pseudoephedrine pills located on the headboard of the bed in the basement bedroom where McGuire and Kuehl slept. Also seized were handwritten notes on paper which related to chemicals used in the production of methamphetamine which appeared to be written by a female and where located in a plastic milk crate with numerous chemistry books and other personal property of Kuehl. The following items were seized from a Sentry brand safe located on the headboard of the bed in the basement belonging to McGuire and Kuehl: small clear plastic containing coffee filters, $500.00, several drug paraphernalia items, and two digital scales. It should

be noted that the coffee filters and drug paraphernalia field tested positive for the presence of methamphetamine.

30. On June 20, 2004, a State of Illinois search warrant was executed at the residence of Jeffrey Crotty, located at 23387 E 1200 Street, Geneseo, Illinois. During the execution of the search warrant, law enforcement personnel seized three (3) twenty pound propane tanks which field tested positive for the presence of anhydrous ammonia, containers of Coleman fuel, hot plates, plastic funnels, empty cans of starter fluid, muriatic acid, hydrochloric gas generators, table salt, drain opener, plastic tubing, 5.3 grams of pseudoephedrine, empty lithium battery casings, a small postal scale, and two clear plastic bags with residue which field tested positive for the presence of methamphetamine amphetamine. Additionally, located and seized from the back porch of the residence was a blue plastic bowl which contained a white powdery substance which was "off-gassing" due to the presence of anhydrous ammonia. The substance field tested positive for the presence of methamphetamine and weighed approximately 133 grams. Jacob Shannon and Joshua Reynolds were present and arrested at the scene.

31. On June 20, 2004, a State of Illinois search warrant was executed at a storage unit located at 1508 Colona Road, #1105, East Moline, Illinois, which was rented by Kuehl. As a result of the search warrant the following items were seized: a propane tank containing anhydrous ammonia, empty blister packs of pseudoephedrine tablets, lithium batteries, Coleman fuel, and other miscellaneous paraphernalia utilized in the manufacturing of methamphetamine.

32. On July 1, 2004, agents interviewed Kristen Kuehl after being advised of her *Miranda* warnings. Kuehl stated that she began using methamphetamine approximately

four years earlier. Kuehl advised that Timothy Lorincz gave her her first "line" of methamphetamine. After that, Lorincz told her if she would shop for him, buy ingredients for methamphetamine, he would give her free methamphetamine. Kuehl stated she then began buying pseudoephedrine for Lorincz in exchange for money and drugs. Kuehl stated she began getting 500 pills at a time and that Lorincz would pay her $150.00 plus pay for the price of the pills.

33.   According to Kuehl, a few months later she began buying 1000 pills at a time and Lorincz would give her two to three grams of methamphetamine and also pay for the pills. Kuehl advised that Lorincz would go with her when they did the shopping and that she shopped with Lorincz approximately 50 separate times.

34.   Kuehl advised that she had been buying pills and other ingredients for Lorincz for the past four years consistently, and she only began cooking methamphetamine herself after Lorincz went to boot camp just a few months prior to the interview. Kuehl additionally admitted to stealing anhydrous ammonia on two occasions, once with Joshua McGuire, and the other time with Lorincz.

35.   Kuehl stated that she had only manufactured methamphetamine one time by herself, but admitted to cooking methamphetamine at least eight times with CD4, seven times with McGuire, and over 100 times with Lorincz. Kuehl advised that Lorincz would make her do most of the work during the cooks, because she was getting free methamphetamine. Kuehl also provided the "recipe" for manufacturing methamphetamine which she had learned from Lorincz. According to Kuehl's statements, the "recipe" she learned and utilized would yield approximately 70 to 80 grams of methamphetamine after each "cook".

36.   According to Kuehl, she and Lorincz normally did the methamphetamine manufacturing at CD3's residence in Geneseo, Illinois. Kuehl was then asked about the items seized from a storage shed on June 20, 2004. Kuehl admitted that she and CD4 had placed the tank of anhydrous ammonia in the storage shed sometime earlier.

S/Russell Coulter
_____
RUSSELL COULTER
SPECIAL AGENT,
DRUG ENFORCEMENT
ADMINISTRATION

Sworn to before me and subscribed in my presence this 27th day of January, 2006.

S/Thomas J. Shields
_____
THOMAS J. SHEILDS
UNITED STATES MAGISTRATE JUDGE