**E-FILED**

Friday, 10 February 2006 04:20 PM
Clerk, U.S. District Court, ILCD

# United States District Court

**CENTRAL** — **DISTRICT OF ILLINOIS** — FEB 1 0 2006

SEALED

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES OF AMERICA

**vs.**

## JOSHUA ALLEN MCGUIRE

# WARRANT FOR ARREST

CASE NO. _06-6403M_

**TO:** THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest <u>Joshua Allen Mcguire</u>, and bring him
Name

forthwith to the nearest magistrate to answer a complaint, charging:

## CONSPIRACY TO MANUFACTURE METHAMPHETAMINE

From at least January 2002, through at least June, 2004, in Rock Island County, in the Central District of
Illinois, and elsewhere, the defendants,

### JOSHUA ALLEN MCGUIRE
### KRISTIN ANN KUEHL, and
### TIMOTHY LEE LORINCZ

did conspire with each other and with other persons to knowingly and intentionally
manufacture, distribute, and possess with intent to distribute 50 grams or more of
methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more
of a mixture or substance containing a detectable amount of methamphetamine, its
salts, isomers, or salts of its isomers, a Schedule II Controlled Substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

*(stamp, vertical:)* RECEIVED U.S. MARSHAL SERVICE CENTRAL DISTRICT ILLINOIS 2006 JAN 32 P 4: 25

<u>Thomas J. Shields</u>
Name of Issuing Officer

<u>U.S. Magistrate Judge</u>
Title of Issuing Officer

S/Thomas J. Shields
<u>Signature of Issuing Officer</u>

<u>Rock Island, Illinois</u>
Date and Location

Bail fixed at $ _Pre-Trial Detention_ by _Thomas J. Shields, U.S. Magistrate Judge_
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _East Moline_

| Date Received _02/1/06_ | Name of Arresting Officer _Doug Dorley_ | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest _01/31/06_ | Title of Arresting Officer _S/A @ DEA_ | |